UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:26-MJ-343

v.

ANTHONY JERMAINE WILLIAMS,

Defendant.

COMPLAINT
**PENALTY SHEET**

______________________________/

**Arson within special maritime and territorial jurisdiction, 18 U.S.C. § 81**

| | |
|---|---|
| **Maximum penalty:** | Not more than 25 years imprisonment [18 U.S.C. § 81] Class B felony |
| **Maximum fine:** | The greater of a $250,000 fine or a fine amounting to the cost of repairing or replacing any property that was damaged or destroyed, or both [18 U.S.C. § 3571(b)(3); 18 U.S.C. § 81] |
| **Supervised Release:** | Not more than 5 years [18 U.S.C. § 3583] |
| **Special Assessment**: | $100 [18 U.S.C. § 3013] |

Date: August 18, 2026

/s/ Olivia Kay Ghiselli
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046.